HINSON v. SMITH

No. 181P88.

Case below: 89 N.C. App. 127.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

IN RE SALMONS

No. 419P88.

Case below: 79 N.C. App. 369.

Petition by Mae Salmons for writ of certiorari to the North Carolina Court of Appeals denied 6 October 1988.

KEN-MAR FINANCE v. HARVEY

No. 306P88.

Case below: 90 N.C. App. 362.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

MAHMOUD v. FOXX

No. 316P88.

Case below: 90 N.C. App. 411.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

MITCHELL v. LOWERY

No. 284P88.

Case below: 90 N.C. App. 177.

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.